JUDGE SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR13-5597BHS |
| Plaintiff, | |
| vs. | ORDER ALLOWING FILING OF DOCUMENTS UNDER SEAL |
| EDGAR RODRIGUEZ IBARRA, | |
| Defendant. | |

THIS MATTER having come on regularly before the above-entitled Court upon Motion of Defendant, EDGAR RODRIGUEZ IBARRA, the Court finding it appropriate to allow the filing of the following documents under seal: Psychological Assessment of Defendant; now, therefore, it is hereby

ORDERED that the above document be filed under seal in this proceeding.

DATED 6/23/14

_____
BENJAMIN SETTLE
UNITED STATES DISTRICT JUDGE

Presented by
/s/ Thomas A. Cena, Jr.
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant

Order Allowing Filing of Documents Under Seal

THOMAS A. CENA, JR.
Attorney at Law
3929 Bridgeport Way W., #304
University Place, WA 98466
(253) 572-5120 Fax: (253) 593-4503
E-MAIL: TomC55@nventure.com